UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FREDERICK PENNINGTON,
ADC #71305                                                                              PLAINTIFF

v.                          CASE NO. 5:09cv00334 BSM/BD

ROLAND ANDERSON, *et al.*                                                     DEFENDANTS

## ORDER

The court has received the recommended disposition from Magistrate Judge Beth Deere. After carefully reviewing the recommended disposition, the timely objections received thereto, and reviewing the record *de novo*, it is concluded that the recommended disposition should be, and hereby is, approved and adopted as this court's findings in all respects in its entirety.

Plaintiff's complaint is DISMISSED without prejudice under Local Rule 5.5(c)(2) for failure to comply with the court's order of October 30, 2009.

IT IS SO ORDERED, this 6th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE