UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**FREDERICK PENNINGTON,**
**ADC #71305**                                                                                                       **PLAINTIFF**

**v.**                              **CASE NO. 5:09cv00334 BSM/BD**

**ROLAND ANDERSON,** *et al.*                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE, under Local Rule 5.5(c)(2) of the United States District Court for the Eastern District of Arkansas.

IT IS SO ORDERED this 6th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE